MILTON SCHOTTENFELD v. MINA SCHOTTENFELD.

October 29, 1985.

Petition for certification denied.

JULIUS VARGO v. BOARD OF REVIEW.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD JACKSON.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE NEWMAN.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL PALOMBI.

October 29, 1985.

Petition for certification denied.